IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GUILLERMO DE JESUS HERNANDEZ MURALLES,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement; KEVIN DARLING, in his official capacity as Sheriff of Red Willow County; and WARDEN of the McCook County Detention Facility,

Respondents.

**4:26CV3079**

**JUDGMENT**

In accordance with the Memorandum and Order entered today (Filing No. 18), judgment is entered against the petitioner and in favor of the respondents. This case is dismissed. *See* Fed. R. Civ. P. 58.

Dated this 17th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge